------------------------------------------x   Case No.: 08 CIV 2035

ITA MARY RIORDAN, a/k/a MARY RIORDAN,
as Parent and Natural Guardian of GARRY       AFFIDAVIT OF SERVICE
RIORDAN, individually and as in               PROCESS SERVED:
incompetent adult,                            AMENDED SUMMONS WITH
                                   Plaintiffs, SUMMONS AND COMPLAINT

         -against-

THE CITY OF YONKERS, ET AL.,
                                   Defendants.
------------------------------------------x

STATE OF NEW YORK      ]
                       ]  ss.:
COUNTY OF WESTCHESTER  ]

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: Police Commissioner Edmund Hartnett

LOCATION OF SERVICE: 104 South Broadway, Yonkers, New York

PARTY ACCEPTING PROCESS: Lt. Diane Hessler

DATE OF SERVICE: March 13, 2008          TIME: 10:55 a.m.

An approximate description of the person served with process listed herein:

SEX: female   SKIN COLOR: white   HAIR: blonde   HEIGHT: 5'7"
WEIGHT: 145 lbs.   AGE: 40   OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving a true copy of the within named process with Lt. Diane Hessler who is a person of suitable age and discretion and authorized to accept service on behalf the Police Commissioner of City of Yonkers.

Service was completed when deponent deposited a copy of the process in a plain, post-paid, properly addressed envelope, bearing the legend "PERSONAL & CONFIDENTIAL", to the address listed, in an official depository of the U.S. Postal Service.

                                              _____
                                              KENT HILBRINK

Sworn to before me this
___ day of March, 2008

_____
Notary Public

DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
ITA MARY RIORDAN, a/k/a MARY RIORDAN,                Case No.: 08 CIV 2035
as Parent and Natural Guardian of GARRY
RIORDAN, individually and as in                      AFFIDAVIT OF SERVICE
incompetent adult,                                   PROCESS SERVED:
                                                     AMENDED SUMMONS WITH
                            Plaintiffs,              SUMMONS AND COMPLAINT

        -against-

THE CITY OF YONKERS, ET AL.,

                            Defendants.
---------------------------------------x
STATE OF NEW YORK      ]
                       ] ss.:
COUNTY OF WESTCHESTER  ]

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: The City of Yonkers Police Department

LOCATION OF SERVICE: 104 South Broadway, Yonkers, New York

PARTY ACCEPTING PROCESS: Police Officer Vachna, #998

DATE OF SERVICE: March 13, 2008         TIME: 10:50 a.m.

An approximate description of the person served with process listed herein:

SEX: male   SKIN COLOR: white   HAIR: dark   HEIGHT: 5'8"
WEIGHT: 180 lbs.   AGE: 46   OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving with Police Officer Vachna who is an authorized agent to accept service on behalf of City of Yonkers Police Department.

                                                    _____
                                                         KENT HILBRINK

Sworn to before me this
24th day of March, 2008

_____
Notary Public
            DEBRA CUMMINGS
    NOTARY PUBLIC, STATE OF NEW YORK
            NO. 01CU5078272
    QUALIFIED IN WESTCHESTER COUNTY
    COMMISSION EXPIRES MAY 19, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x   Case No.: 08 CIV 2035
ITA MARY RIORDAN, a/k/a MARY RIORDAN,
as Parent and Natural Guardian of GARRY         AFFIDAVIT OF SERVICE
RIORDAN, individually and as in                 PROCESS SERVED:
incompetent adult,                              AMENDED SUMMONS WITH
                          Plaintiffs,           SUMMONS AND COMPLAINT

     -against-

THE CITY OF YONKERS, ET AL.,
                          Defendants.
-------------------------------------------x
STATE OF NEW YORK         ]
                          ]  ss.:
COUNTY OF WESTCHESTER     ]

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: The City of Yonkers

LOCATION OF SERVICE: 40 South Broadway, Yonkers, New York

PARTY ACCEPTING PROCESS: MaryAnn Battone

DATE OF SERVICE: March 13, 2008        TIME: 10:31 a.m.

An approximate description of the person served with process listed herein:

SEX: female   SKIN COLOR: white   HAIR: grey   HEIGHT: 5'4"
WEIGHT: 170 lbs.   AGE: 65   OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving with MaryAnn Bottone who is the an authorized agent to accept service on behalf the Corporation Counsel for the City of Yonkers.

                                        _____
                                        KENT HILBRINK

Sworn to before me this
24 day of March, 2008

_____
Notary Public

DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2011

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x    Case No.: 08 CIV 2035
ITA MARY RIORDAN, a/k/a MARY RIORDAN,
as Parent and Natural Guardian of GARRY        AFFIDAVIT OF SERVICE
RIORDAN, individually and as in                PROCESS SERVED:
incompetent adult,                             AMENDED SUMMONS WITH
                            Plaintiffs,        SUMMONS AND COMPLAINT
            -against-

THE CITY OF YONKERS, ET AL.,
                            Defendants.
-----------------------------------------x
STATE OF NEW YORK       ]
                        ]   ss.:
COUNTY OF WESTCHESTER   ]
```

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: P.O. Lien

LOCATION OF SERVICE: 441 Central Park Avenue, Yonkers, New York

PARTY ACCEPTING PROCESS: Officer Bill Landers #286

DATE OF SERVICE: March 13, 2008    TIME: 11:34 a.m.

An approximate description of the person served with process listed herein:

SEX: male    SKIN COLOR: white    HAIR: dark    HEIGHT: 6'0"
WEIGHT: 195 lbs.    AGE: 42    OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving with a person of suitable age and discretion a true copy of the within named process. Service was made at the address given above which is the usual place of business of the named party.

Service was completed when deponent deposited a copy of the process in a plain, post-paid, properly addressed envelope, bearing the legend "PERSONAL & CONFIDENTIAL", to the address listed, in an official depository of the U.S. Postal Service.

_____
KENT HILBRINK

Sworn to before me this
___ day of March, 2008

_____
Notary Public
DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2011

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ITA MARY RIORDAN, a/k/a MARY RIORDAN,           Case No.: 08 CIV 2035
as Parent and Natural Guardian of GARRY
RIORDAN, individually and as in                 AFFIDAVIT OF SERVICE
incompetent adult,                              PROCESS SERVED:
                                                AMENDED SUMMONS WITH
                            Plaintiffs,         SUMMONS AND COMPLAINT

            -against-

THE CITY OF YONKERS, ET AL.,

                            Defendants.
------------------------------------------x
STATE OF NEW YORK           ]
                            ]  ss.:
COUNTY OF WESTCHESTER       ]
```

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the process as follows:

UPON: P.O. Preni

LOCATION OF SERVICE: 441 Central Park Avenue, Yonkers, New York

PARTY ACCEPTING PROCESS: Officer Bill Landers #286

DATE OF SERVICE: March 13, 2008        TIME: 11:34 a.m.

An approximate description of the person served with process listed herein:

SEX: male  SKIN COLOR: white  HAIR: dark  HEIGHT: 6'0"
WEIGHT: 195 lbs.  AGE: 42  OTHER:

Deponent states further that the process was served in the following manner:

By delivering to and leaving with a person of suitable age and discretion a true copy of the within named process. Service was made at the address given above which is the usual place of business of the named party.

Service was completed when deponent deposited a copy of the process in a plain, post-paid, properly addressed envelope, bearing the legend "PERSONAL & CONFIDENTIAL", to the address listed, in an official depository of the U.S. Postal Service.

_____
KENT HILBRINK

Sworn to before me this
___ day of March, 2008

_____
Notary Public

DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2011