**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                               August 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV2035 (LMS)

Ted Alan Novick
Gaines, Gruner, Ponzini & Novick
One North Broadway
White Plains, NY 10601

Raymond Peter Schmidt
Corporation Counsel City of Yonkers
40 South Broadway
Yonkers, NY 10701

     The matter of     **RIORDAN-V-YONKERS**     has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **September 9, 2008** at 10:00AM in Courtroom 420.

     Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*
_____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                August 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV2035 (LMS)

Ted Alan Novick
Gaines, Gruner, Ponzini & Novick
One North Broadway
White Plains, NY 10601

Raymond Peter Schmidt
Corporation Counsel City of Yonkers
40 South Broadway
Yonkers, NY 10701

   The matter of   **RIORDAN-V-YONKERS**   has been scheduled for a

conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on

**September 9, 2008** at 10:00AM in Courtroom 420.

   Notify all other parties of this schedule immediately.

   *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  _____
                            Hon. Lisa Margaret Smith
                            U.S.M.J.